# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0030, <u>In the Matter of Richard McMenamon and Eileen Rispoli</u>, the court on October 5, 2022, issued the following order:**

Having considered the briefs filed by the parties and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the petitioner, Richard McMenamon, as the appealing party, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  In light of this order, the respondent's requests in her brief that we strike the petitioner's brief and dismiss the appeal are moot.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**